Errors and Appeals of New Jersey denied. *Messrs. Frederic D. McKenney, John A. Hartpence, John Spalding Flannery,* and *G. Bowdoin Craighill* for petitioner. *Mr. Clement K. Corbin* for respondent.

No. 191. CORWIN, COLLECTOR OF INTERNAL REVENUE, *v.* GEORGE GLISS LANE; and

No. 192. SAME *v.* JAMES W. LANE, JR. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Frederic R. Kellogg* for respondents.

No. 193. MULQUEEN, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence Castimore* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, John G. Remey,* and *Erwin N. Griswold* for respondent.

No. 195. McGREEVY ET AL. *v.* NATIONAL SURETY Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Cyrus Crane* for petitioners. *Mr. Henry L. Jost* for respondent.

No. 197. KASCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. Shelley* for petitioners. *Solicitor*

*General Biggs* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 199. CORNING GLASS WORKS *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Edward S. Rogers, Vernon M. Dorsey,* and *Wm. R. Green, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Paul D. Miller* and *T. A. Hostetler* for respondent.

No. 204. McGUIRE ET AL. *v.* UNITED STATES; and No. 265. MANN *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Basil O'Connor, Max D. Steuer,* and *Samuel B. Pettengill* for petitioners in No. 204. *Mr. Martin Conboy* for petitioner in No. 265. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 205. SOUTHERN RAILWAY-CAROLINA DIVISION *v.* LYTLE, ADMINISTRATOR. October 9, 1933. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Frank G. Tompkins, J. E. McDonald,* and *S. R. Prince* for petitioner. *Mr. Irvine F. Belser* for respondent.

No. 206. MIDLAND FINANCE CORP. *v.* BUSCH. October 9, 1933. Petition for writ of certiorari to the Circuit